IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41262
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TERRY LYNN HULIN,

                                        Defendant-Appellant.

                    --------------------
            Appeal from the United States District Court
                for the Eastern District of Texas
                    USDC No. 1:01-CR-57-ALL
                    --------------------
                      June 19, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

     The Federal Public Defender appointed to represent Terry
Lynn Hulin has moved for leave to withdraw, filing a motion and
brief pursuant to Anders v. California, 386 U.S. 738 (1967).
Hulin has not filed a response.  Our independent review of the
record and counsel's Anders motion and brief discloses no
nonfrivolous issue for appeal.  Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the appeal is DISMISSED.  See 5TH
CIR. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.